UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HAROLD WATERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:18-cv-00448 |
| | ) | CHIEF JUDGE CRENSHAW |
| | ) | |
| NANCY BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. No. 12) in this Social Security appeal recommending that this action be dismissed without prejudice. No objections have been filed. Having considered the record *de novo*, the Court agrees with the recommended disposition because Plaintiff has failed to comply with this Court's May 29, 2018 Order (Doc. No. 6) that required him to file "an amended complaint in which he completely responds to the questions on the form provided,to the best of his ability." (Id.)

Accordingly, the Report and Recommendation (Doc. No. 12) is **ADOPTED** and **ACCEPTED**, and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE